1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL F. DUNN,<br><br>                                    Plaintiff,<br><br><br>         vs.<br><br><br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                                    Defendant. | CASE NO. 13CV1219-MMA (RBB)<br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE<br>JUDGE**;<br><br>[Doc. No. 18]<br><br>**DENYING PLAINTIFF'S<br>MOTION FOR SUMMARY<br>JUDGMENT**;<br><br>[Doc. No. 13]<br><br>**GRANTING DEFENDANT'S<br>CROSS MOTION FOR<br>SUMMARY JUDGMENT**<br><br>[Doc. No. 14] |

On May 22, 2013, Plaintiff Paul F. Dunn filed this appeal pursuant to 42
U.S.C. § 405(g), seeking review of an adverse final decision of the Commissioner of
Social Security regarding his claim for disability insurance benefits and
Supplemental Security Income benefits.  The matter was referred to the Honorable
Ruben B. Brooks, United States Magistrate Judge, pursuant to 28 U.S.C. §
636(b)(1)(B) and Civil Local Rule 72.1.  On April 9, 2014, Judge Brooks issued a
thorough and well-reasoned Report containing findings and conclusions, upon which

he bases his recommendation that the Court deny Plaintiff's motion for summary judgment and grant Defendant's cross motion for summary judgment.

Neither party objected to the Report and Recommendation, and the time for filing objections has expired.

The Court has considered the pleadings and memoranda of the parties as well as the administrative record, and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law.  Accordingly,

1.      The Court **ADOPTS** Judge Brooks' Report and Recommendation [Doc. No. 18] in its entirety;

2.      The Court **DENIES** Plaintiff's Motion for Summary Judgment [Doc. No. 13]; and,

3.      The Court **GRANTS** Defendant's Cross Motion for Summary Judgment [Doc. No. 14].

The Clerk of Court shall enter judgment accordingly and terminate the action.

**IT IS SO ORDERED**.

DATED: May 23, 2014

Hon. Michael M. Anello
United States District Judge

13cv1219