

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Paul F. Dunn

**Civil Action No.** 13-cv-01219-MMA-RBB

**Plaintiff,**

**V.**

Carolyn W. Colvin

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Denies Plaintiff's Motion for Summary Judgment and Grants Defendant's Cross Motion for Summary Judgment.

**Date:**          5/23/14

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  V. Mosqueda

V. Mosqueda, Deputy